**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| WILLIAM BURGIN, an Individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15-cv-183-GKF-TLW |
| ) | BASE FILE |
| LIBERTY MUTUAL FIRE INSURANCE ) | |
| COMPANY, a Foreign Corporation, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiffs William Burgin and Dana Burgin[1] ("Plaintiffs"), and Defendant Liberty Mutual Fire Insurance Company, by and through their respective counsel of record hereby stipulate to a dismissal <u>with</u> prejudice of all of Plaintiffs' claims and causes of action in the above-styled and numbered consolidated case, with each party to bear their own attorneys' fees and costs.

Respectfully submitted,

/s/Donald E. Smolen, II

Donald E. Smolen, II, OBA No.19944
Laura Lauth Hamilton, OBA No. 22619
**SMOLEN, SMOLEN & ROYTMAN, PLLC**
701 South Cincinnati Avenue
Tulsa, OK  74119
(918) 585-2667 telephone
(918) 585-2669 facsimile
donaldsmolen@ssrok.com
lauralauth@ssrok.com
**ATTORNEYS FOR PLAINTIFFS,**
**WILLIAM BURGIN AND DANA BURGIN**

---

[1] On October 19, 2015, the Court entered an Order consolidating Case No. 15-CV-239-CVE-PJC with the lower-numbered action, Case No. 15-CV-183-GKF-TLW for both discovery and trial. [Dkt. No. 46]. This Joint Stipulation of Dismissal dismisses <u>both</u> actions with prejudice.

-And-

**NEWTON O'CONNOR TURNER & KETCHUM,
A Professional Corporation**

s/Keith A. Wilkes
William W. O'Connor, OBA No. 13200
Keith A. Wilkes, OBA No. 16750
Jerrick L. Irby, OBA No. 30876
Margo E. Shipley, OBA No. 32118
15 West Sixth Street, Suite 2700
Tulsa, Oklahoma 74119-5423
T: 918.587.0101
F: 918.587.0102
boconnor@newtonoconnor.com
kwilkes@newtonoconnor.com
jirby@newtonoconnor.com
mshipley@newtonoconnor.com

**ATTORNEYS FOR LIBERTY MUTUAL
FIRE INSURANCE COMPANY**